

| | | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | DAMON N. VOCKE | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1059 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 312 277 2375 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* DNVocke@duanemorris.com | CHERRY HILL |
| BOSTON | | LAKE TAHOE |
| HOUSTON | *www.duanemorris.com* | MYANMAR |
| DALLAS | | |
| AUSTIN | | ALLIANCES IN MEXICO |
| HANOI | | AND SRI LANKA |
| HO CHI MINH CITY | | |

February 10, 2021

VIA ECF

The Honorable Ronnie Abrams
United States District Court for the
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

   Re: <u>**Columbia Casualty Company, et al v. Hartford Accident and Indemnity Company, Dkt No. 1:20-cv-10661-RA (S.D.N.Y.) - Joint Letter Motion for a Temporary Stay in Support of the Parties' Settlement and ADR Discussions**</u>

Dear Judge Abrams:

  We write to convey a joint request of the parties for a temporary stay of this action. Pursuant to Your Honor's Individual Practices in Civil Cases and Local Rule 7.1(d) and with the consent of all parties, we respectfully submit this Letter Motion to request a sixty-day stay of the above-captioned case, including the suspension of all deadlines, to allow the parties time to explore alternatives to litigation.

  This is the first request for a stay in this matter. Defendant, The Hartford, previously requested an extension of time to respond to the Complaint until February 11, 2021, which your Honor granted on January 11, 2021. (ECF No. 16.) On December 23, 2020, Your Honor issued an Order and Notice of Initial Conference, scheduling a Rule 16 conference for March 5, 2021 and directing that associated submissions be made by February 26, 2021. (ECF No. 9.) This is the parties' first request with respect to the March 5, 2021 conference. In support of this request, we note that the parties have agreed to evaluate whether they can resolve this matter either by reaching a settlement or through alternative dispute resolution. In addition, the parties believe that concurrently litigating this action while trying to reach a resolution could be

DUANE MORRIS LLP

1540 BROADWAY  NEW YORK, NY 10036-4086     PHONE: +1 212 692 1000  FAX: +1 212 692 1020

DuaneMorris

The Honorable Ronnie Abrams
February 10, 2021
Page 2

counterproductive.  Accordingly, the parties respectfully request that the Court temporarily stay this action and extend all deadlines for a period of sixty days, until April 12, 2021.

                                          Respectfully Submitted,

                                          */s/ Damon N. Vocke*

                                          Damon N. Vocke

cc: All counsel of record (via ECF)

Application granted.  The parties shall submit a joint status update no later than April 10, 2021.  If the parties wish to be referred to the Southern District of New York's mediation program or to Magistrate Judge Wang for settlement discussions, they shall inform the Court via joint letter; this letter may be filed at any time.
The initial pre-trial conference, currently scheduled for March 5, 2021, is hereby adjourned sine die.
SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 11, 2021